IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     *
                             *
          v.                 *    CR 111-136
                             *
MELISHA L. JOHNSON           *

# O R D E R

Presently before the Court is Defendant Melisha L. Johnson's "Motion to Correct Pre-Sentence Report." The United States has filed a thorough and legally sound response in opposition to the motion. Upon due consideration, and for the reasons appearing in the response of the Government (doc. no. 130), Defendant's motion (doc. no. 129) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _4th_ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE