IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.  CR 111-136

MELISHA L. JOHNSON

# O R D E R

On May 4, 2011, Petitioner Melisha L. Johnson pleaded guilty to a single-count information for wire fraud (18 U.S.C. § 1343) in this federal district court. The Court sentenced her to a term of 144 months imprisonment followed by three years of supervised release. Johnson did not appeal; indeed, her written plea agreement included a broad appeal and collateral attack waiver. On February 1, 2013, Johnson's motion under 28 U.S.C. § 2255 was dismissed based upon the waiver.

Presently, Johnson has filed a motion for a copy of the discovery in her case. This is not the first time Johnson has requested a copy of discovery in the case. Her previous requests were denied, see Order of June 29, 2012 (doc. no. 52) and Order of July 16, 2012 (doc. no. 59). Upon consideration of the present motion, the Court finds that Johnson has not shown any need whatsoever for a copy of discovery. The time for appeal has passed, and Johnson cannot file another § 2255

motion because it would amount to a successive collateral review application over which this Court has no jurisdiction. Accordingly, Johnson's motion to receive discovery (doc. no. 132) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2015.

*/s/ Dudley H. Bowen, Jr.*
UNITED STATES DISTRICT JUDGE