IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *     CR 111-136
                            *
MELISHA L. JOHNSON          *

**ORDER**

On January 29, 2015, Defendant Melisha L. Johnson filed a "Motion to Address the Court." The motion does not seek any affirmative relief, and therefore, the Clerk is directed to **TERMINATE** the motion.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE