FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN 24 PM 4:01
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   *
                                *
v.                           *   CR 111-136
                                *
MELISHA L. JOHNSON       *

## O R D E R

Defendant Melisha L. Johnson has filed a "Motion Nunc Pro Tunc" through which she seeks credit against her federal sentence for time served in state and county facilities. Matters of credit for time served and other length of sentence determinations are better directed to the federal Bureau of Prisons ("BOP") and not this Court. Moreover, any judicial challenge to the BOP's decision must be brought under 28 U.S.C. § 2241 in the district of *confinement* rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991). Accordingly, once Defendant exhausts his administrative remedies with the BOP, she must bring her § 2241 challenge in the Northern District of Alabama, which has territorial jurisdiction over the facility in which Defendant is presently incarcerated.

Upon the foregoing, Defendant's present motion (doc. no. 138) is hereby **DENIED**. The Clerk is directed to serve a copy

of this Order upon Defendant at FCI Aliceville in Aliceville, Alabama.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE