IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-136 |
| | * | |
| MELISHA JOHNSON | * | |

O R D E R

On May 29, 2020, this Court received a "Motion in Letter" from Defendant Melisha Johnson, which was docketed as a "Motion to Reduce Sentence." In actuality, Defendant only asks the Court to recommend her "as a candidate for early release" should there be an official inquiry in relation to her bid for commutation of sentence with the President of the United States. Upon consideration, and without ignoring or diminishing the rehabilitative efforts of this Defendant, the Court will decline to comment about her efforts to gain commutation. In fact, because there is currently no affirmative request for action from any official source on the matter, the Clerk is directed to **TERMINATE** the pending motion (doc. no. 165).

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE